IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KALILAH BRANTLEY | : CIVIL ACTION |
|---|---|
| v. | : NO. 14-4185 |
| KEYE WYSOCKI, et al. | : |

## ORDER

**AND NOW** this 15th day of June 2015, upon consideration of Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint (ECF Doc. Nos. 37, 38), Plaintiff's Response and Supplemental Memorandum (ECF Doc. Nos. 45, 51) and after oral argument, it is **ORDERED** Defendants' Motions are **GRANTED IN PART** and **DENIED IN PART**.

Defendants' Motions are **GRANTED** as to: any claim against unnamed John Does and U.S. Airways and they are **DISMISSED**; any Section 1983 claim for malicious prosecution in Count I; and, any claim for Selective Enforcement and Vindictive Prosecution (Count II) and this claim is **DISMISSED**;

Defendants' Motions are **DENIED** as to Plaintiff's claims against Defendants Wysocki and Burrows for malicious prosecution under state law (Count I) and First Amendment retaliation (Count III). Defendants Wysocki and Burrows shall answer these remaining claims in the Second Amended Complaint no later than **June 29, 2015**.

KEARNEY, J.