IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KALILAH BRANTLEY | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 14-4185 |
| KEYE WYSOCKI, et al. | : |

## ORDER

**AND NOW**, this 30th day of October 2015, upon consideration of the Motions for Summary Judgment of Defendants Keye Wysocki (ECF Doc. No. 66) and Rene Burrows (ECF Doc. No. 64) and Plaintiff Kalilah Brantley's consolidated Response (ECF Doc. No. 71), it is **ORDERED**:

1. Defendant Wysocki's Motion for Summary Judgment (ECF Doc. No. 66) is **GRANTED** and Defendant Wysocki is **dismissed**; and,

2. Defendant Burrows' Motion for Summary Judgment (ECF Doc. No. 64) is **GRANTED in PART** and **DENIED IN PART**. Summary Judgment is **DENIED** on Plaintiff's First Amendment Retaliation claim; Summary Judgment is **GRANTED** in favor of Defendant Burrows on Plaintiff's Malicious Prosecution claim.

KEARNEY, J.