IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**KALILAH BRANTLEY**,

        Plaintiff,

v.

**KEYE WYSOCKI,** *et al.*,

        Defendants.

Civil Action No. 14-04185-MAK

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to the dismissal of this action against Defendant Rene Burrows with prejudice, with each side to bear her own attorneys' fees and costs.

DATED: December 1, 2015

Respectfully submitted,

*/s/ Matthew B. Weisberg*

Matthew B. Weisberg
Weisberg Law Offices
7 South Morton Avenue
Morton, PA 197070

*/s/ Daniel E. Farrington*

Daniel E. Farrington (*pro hac vice*)
The Farrington Law Firm, LLC
4550 Montgomery Avenue
Suite 775 North
Bethesda, MD 20814